(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

CENISE SLATER AND ANDREW SLATER, AS PARENTS AND NEXT FRIEND OF ROBERT SLATER

V.

EXETER-WEST GREENWICH REGIONAL SCHOOL DISTRICT

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-527 ML

TO: (Name and address of Defendant)

SUPERINTENDENT, EXETER-WEST GREENWICH REGIONAL SCHOOL DISTRICT
930 NOOSENECK HILL ROAD
WEST GREENWICH, RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JEFFREY M. SANKEY
DOLAN CONNLY, P.C.
50 REDFIELD ST., SUITE 202
BOSTON, MA 02212

answer to the complaint which is served on you with this summons, within 20 days after service his summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the rk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

ERK

DATE 12-4-06

) DEPUTY CLERK

0 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| e of the Summons and complaint was made by me[1] | DATE 12-15-06 |
| F SERVER *(PRINT)* John v Esposito | TITLE RI State Constable 6050 |

*ck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served Agent for Service of Process Andrew Henneous Esq At 362 Broadway Prov RI

## STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL $50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-15-06
Date

John v Esposito
*Signature of Server*

Po Box 20596 Cranston RI 02920
*Address of Server*

Esq

ho may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.