UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENISE SLATER and ANDREW SLATER,
as parents and next friend of
ROBERT SLATER, a minor,
Plaintiffs,

v. CA NO. 06-527ML

EXETER-WEST GREENWICH
REGIONAL SCHOOL DISTRICT
Defendant.

PRETRIAL ORDER

Pursuant to the Rule 16 Conference held today in Chambers on March 8, 2007:

Plaintiffs in this matter shall file electronically their Motion for Summary Judgment within forty-five (45) days of today's date.

Defendant shall have thirty (30) days thereafter within which to file electronically its response.

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge
**March 8, 2007**

Entered as an Order of this Court on **March 8, 2007**

Deputy Clerk