UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DENISE SLATER AND ANDREW SLATER, AS PARENTS AND NEXT FRIEND OF ROBERT SLATER, A MINOR<br>Plaintiffs<br>v.<br><br>EXETER-WEST GREENWICH REGIONAL SCHOOL DISTRICT<br>Defendant | C.A. No. 06-527ML |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The Plaintiffs move for summary judgment on their appeal of an administrative law decision under the Individuals with Disabilities Education Act ("IDEA").[1] Based upon the facts and law discussed in the accompanying Memorandum of Law, the Plaintiffs respectfully submit that the Court should enter judgment in their favor, finding that the Defendant failed to provide the Plaintiffs' son with a free appropriate public education, and that the Plaintiffs' placement of their son in a private school was appropriate to satisfy his educational needs.

WHEREFORE, the Plaintiffs request that the Defendant, Exeter West-Greenwich Regional School District, be ordered to reimburse the Plaintiffs for the tuition and costs arising from the placement of the Plaintiffs' son at Wolf School for the 2006-07 school year.

[1] Under the IDEA, where the parties have not asked the court to consider additional evidence, a motion for summary judgment is "simply the procedural vehicle for asking the judge to decide the case on the basis of the administrative record." Nein v. Greater Clark County School Corporation, 95 F.Supp.2d 961, 964 (S.D. Ind. 2000). An IDEA action, however differs from an ordinary summary judgment motion because "the district court's decision is based on the preponderance of the evidence," id., and because "the existence of a disputed issue of material fact will not defeat the motion." Viola v. Arlington Central School District, 414 F.Supp.2d 366, 377 (S.D.N.Y. 2006).

Respectfully submitted,

*/s/ Jeffrey M. Sankey*___________

Jeffrey M. Sankey, RI Bar #4892
DOLAN CONNLY, P.C.
50 Redfield Street, Suite 202
Boston, MA 02122
(617) 265-3100
jsankey@dolanconnly.com