UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE SLATER and ANDREW SLATER, as Parents and Next Friend of ROBERT SLATER, A Minor, Plaintiffs, | ) | |
| Vs. | ) | C.A. No.: 06-527 ML |
| EXETER-WEST GREENWICH REGIONAL SCHOOL DISTRICT, Defendant. | ) | |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, EXETER-WEST GREENWICH REGIONAL SCHOOL DISTRICT, and hereby objects to the Plaintiff's Motion for Summary Judgment. In support of its Objection, the Defendant relies upon the administrative record, the Defendant's Response to Plaintiff's Statement of Undisputed Facts, the Defendant's Statement of Undisputed Facts and the Defendant's Memorandum of Law submitted herewith.

WHEREFORE, the Defendant requests that the Plaintiff's Motion for Summary Judgment in the above-entitled matter be denied, that the Hearing Officer's Decision be affirmed, and that the Plaintiff's appeal be dismissed with prejudice.

EXETER-WEST GREENWICH
REGIONAL SCHOOL DISTRICT

By its Attorneys,

/s/ Andrew D. Henneous, Esq. (#5935)
BRENNAN, RECUPERO, CASCIONE,
SCUNGIO & McALLISTER, LLP
362 Broadway
Providence, Rhode Island 02909
(401) 453-2300 Phone
(401) 453-2345 Fax
Dated: May __, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this Defendant's Objection to Plaintiff's Motion for Summary Judgment was sent to the following, on this the ____ day of May, 2007:

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Andrew D. Henneous**
  ahenneous@brcsm.com
- **Jeffrey M. Sankey**
  jsankey@dolanconnly.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

/s/ Andrew D. Henneous, Esq.