UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENISE SLATER AND ANDREW SLATER, AS PARENTS AND NEXT FRIEND OF ROBERT SLATER, A MINOR
Plaintiffs

v.

EXETER-WEST GREENWICH REGIONAL SCHOOL DISTRICT
Defendant

C.A. No. 06-527ML

**PLAINTIFFS' OBJECTION TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

Pursuant to Fed.R.Civ.P. 72(b) and LR Cv 72, the Plaintiffs respectfully object to the Report and Recommendation of the Magistrate Judge. In support of this Objection, the Plaintiffs submit the accompanying Memorandum.

Respectfully submitted,

*/s/ Jeffrey M. Sankey*___________
Jeffrey M. Sankey, RI Bar #4892
DOLAN CONNLY, P.C.
50 Redfield Street, Suite 202
Boston, MA 02122
(617) 265-3100
jsankey@dolanconnly.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 6, 2007.

*/s/ Jeffrey M. Sankey*_________________