UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENISE SLATER and<br>ANDREW SLATER, as Parents and<br>Next Friend of ROBERT SLATER,<br>A Minor,<br><br>Plaintiffs, | ) | |
| Vs. | ) | C.A. No.: 06-527 ML |
| EXETER-WEST GREENWICH<br>REGIONAL SCHOOL DISTRICT,<br><br>Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

NOW COMES the Defendant, EXETER-WEST GREENWICH REGIONAL SCHOOL DISTRICT, pursuant to Fed.R.Civ.P. 72(b) and LR Cv 72(d)(4) and hereby responds to the Plaintiff's Objection to the Report and Recommendation of the Magistrate Judge.

In support of its Response, the Defendant relies upon the administrative record, the documents filed with this honorable Court, the Magistrate Judge's Report and Recommendation and the Defendant's Memorandum of Law submitted herewith.

WHEREFORE, the Defendant requests that the Plaintiff's Objection be denied, that the Magistrate Judge's Report and Recommendation be accepted in full, and that the Plaintiff's appeal be dismissed with prejudice.

EXETER-WEST GREENWICH
REGIONAL SCHOOL DISTRICT

By its Attorneys,

/s/ Andrew D. Henneous, Esq. (#5935)
BRENNAN, RECUPERO, CASCIONE,
SCUNGIO & McALLISTER, LLP
362 Broadway
Providence, Rhode Island 02909
(401) 453-2300 Phone
(401) 453-2345 Fax
Dated: July __, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this Defendant's Objection to Plaintiff's Motion for Summary Judgment was sent to the following, on this the ____ day of July, 2007:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Andrew D. Henneous**
  ahenneous@brcsm.com
- **Jeffrey M. Sankey**
  jsankey@dolanconnly.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

/s/ Andrew D. Henneous, Esq.