UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENISE and ANDREW SLATER, as
Parents of ROBERT SLATER

v. CA 06-572 ML

EXETER-WEST GREENWICH
REGIONAL SCHOOL DISTRICT

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' objections to a Report and Recommendation issued by United States Magistrate Judge Almond on June 28, 2007. This Court has reviewed the Report and Recommendation, Plaintiffs' objections, and Defendant's response to Plaintiffs' objections.

This Court finds Plaintiffs' objections to be without merit. The Court further finds that the Magistrate Judge's factual determinations are well supported by the record and that his application of the law to those facts is consistent with applicable statutory and case law precedent. Plaintiffs' objections focus on incomplete excerpts from the testimony presented to the hearing officer. The hearing officer and Magistrate Judge based their findings on the entire record, including those excerpts now highlighted by Plaintiffs.

This Court, therefore, adopts the Report and Recommendation in its entirety. Accordingly, Plaintiffs' Motion for Summary Judgment is denied, and judgment shall enter in favor of the Defendant.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
July 16 , 2007