UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**DENISE and ANDREW SLATER,**
**as parents of ROBERT SLATER**

**VS.** **C.A. NO. 06-527ML**

**EXETER-WEST GREENWICH**
**REGIONAL SCHOOL DISTRICT**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Exeter-West Greenwich Regional School District, against the plaintiffs, Denise and Andrew Slater, as parents of Robert Slater, pursuant to the Memorandum and Order dated July 16, 2007 DENYING plaintiff's Motion for Summary Judgment.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: July 16, 2007